**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: ADOPTION OF: D.J.B.     :  No. 138 WAL 2019
:
:
PETITION OF: W.P.B., BIRTH MOTHER  :  Petition for Allowance of Appeal from
:  the Order of the Superior Court

## ORDER

**PER CURIAM**

      **AND NOW**, this 8th day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.